IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Golliday, Armentria | Case Number: 08 B 03905 |
| | Judge: Wedoff, Eugene R |
| Printed: 11/11/08 | Filed: 2/21/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: September 25, 2008
Confirmed: April 17, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 500.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 467.50 |
| Trustee Fee: | | 32.50 |
| Other Funds: | | 0.00 |
| Totals: | 500.00 | 500.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,510.50 | 467.50 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | CitiMortgage Inc | Secured | 1,500.00 | 0.00 |
| 4. | Illinois Dept of Revenue | Priority | 175.75 | 0.00 |
| 5. | Capital One | Unsecured | 1,561.82 | 0.00 |
| 6. | RMI/MCSI | Unsecured | 256.26 | 0.00 |
| 7. | Capital One | Unsecured | 1,607.60 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 161.56 | 0.00 |
| 9. | Illinois Dept of Revenue | Unsecured | 10.34 | 0.00 |
| 10. | Capital One | Unsecured | 1,420.11 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 17,202.62 | 0.00 |
| 12. | Cook County Treasurer | Secured | | No Claim Filed |
| 13. | Allied Interstate | Unsecured | | No Claim Filed |
| | | | $ 27,406.56 | $ 467.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 32.50 |
| | $ 32.50 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Golliday, Armentria | Case Number:  08 B 03905 |
| | Judge:  Wedoff, Eugene R |
| Printed: 11/11/08 | Filed:  2/21/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

